UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD DUFFY,

    Plaintiff,

v.                                         CASE NO: 8:06-cv-00016-T-23MSS

M/V DONNA ANN, et al,

    Defendants.
_____/

## **ORDER**

Alleging a leg injury sustained while disembarking the M/V Donna Ann, the plaintiff sues the Donna Ann and Dolphin Marine Towing, Inc. ("Dolphin") for maintenance and cure, Jones Act violations, and unseaworthiness. The complaint includes a claim for negligence against PCL Civil Constructors, Inc. ("PCL"). In addition, Dolphin and PCL filed cross-claims against one another (Docs. 26 and 27 respectively). United States Magistrate Judge Mary S. Scriven submits a report and recommendation (Doc. 37) on the plaintiff's "motion for an evidentiary hearing to determine maintenance and cure" (Doc. 7). Neither party files an objection to the report and recommendation, and the time to file objections has expired. Accordingly, the Magistrate Judge's report and recommendation is **ADOPTED** and the plaintiff's motion (Doc. 7) is **DENIED**.

The parties also submitted a joint stipulation (Doc. 40) for dismissal of counts two and three of the plaintiff's amended complaint, and PCL submitted a voluntary notice (Doc. 39) of the dismissal of its cross-claim against Dolphin. The dismissals (Docs. 39,

40) are **APPROVED** and counts two and three of the plaintiff's amended complaint, along with PCL's cross-claim against Dolphin, are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

ORDERED in Tampa, Florida, on September 5, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy